No. A–1016. NORTH CAROLINA ET AL. *v.* UNITED STATES. D. C. E. D. N. C. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. A–1030. EDGEWOOD SCHOOL DISTRICT ET AL. *v.* HOOTS ET AL. D. C. W. D. Pa. Application for stay, presented to JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–1042 (80–2140). GADEK, T/A POOR BILLY'S *v.* TOWNSHIP OF WOODBRIDGE. Super. Ct. N. J., App. Div. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–1043. RODRIGUEZ ET AL. *v.* POPULAR DEMOCRATIC PARTY ET AL. Application to continue the stay entered by the Supreme Court of Puerto Rico, presented to JUSTICE BRENNAN, and by him referred to the Court, denied.